IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Hubert Williams,<br><br>  Plaintiff,<br><br>vs.<br><br>Marcus Dorcey; Red Roof Inns, Inc.; and WHG SU Columbia, LLC,<br><br>  Defendants. | C/A No.: 3:22-1330-MGL-SVH<br><br><br>ORDER |

This action was filed by Plaintiff in the Richland County Court of Common Pleas on March 22, 2022, and was transferred to the District of South Carolina on April 26, 2022. Pursuant to the scheduling order entered by the court, discovery was to be completed by October 24, 2022, with dispositive motions, if any, to be filed by no later than November 7, 2022. [ECF No. 8]. These deadlines have now expired.

Because the discovery deadlines in this case have passed and no dispositive motions were filed, this case is ready for trial. The Clerk is hereby directed to forward the file to the United States District Judge for trial.

IT IS SO ORDERED.

November 8, 2022                    Shiva V. Hodges
Columbia, South Carolina            United States Magistrate Judge