AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Hubert Williams,<br>*Plaintiff*<br>v.<br>Red Roof Inns, Inc., WHG SU Columbia, LLC,<br>*Defendants* | )<br>)<br>)  Civil Action No.   3:22-cv-01330-MGL<br>)<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ summary judgment is entered in favor of the defendants, Red Roof Inns, Inc., and WHG SU Columbia, LLC. The plaintiff, Hubert Williams, shall take nothing of the defendants, Red Roof Inns, Inc., and WHG SU Columbia, LLC, and this action is dismissed with prejudice.

This action was *(check one)*:

❐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Mary Geiger Lewis, US District Judge, presiding. The Court having adopted the Report and Recommendation of US Magistrate Judge Shiva V. Hodges, granting the defendants' motion for summary judgment.

Date:   March 6, 2024                                    *ROBIN L. BLUME, CLERK OF COURT*

                                                                                  s/Charles L. Bruorton
                                                                        _____
                                                                        *Signature of Clerk or Deputy Clerk*